UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-41431
Summary Calendar

_____

DOROTHY BEAMER, ET AL.,

Plaintiffs,

DOROTHY BEAMER,

Plaintiff-Appellee-Cross-Appellant,

versus

JERRY POWELL, Department of Public Safety Officer,

Defendant-Appellant-Cross-Appellee.

_____

Appeals from the United States District Court
for the Eastern District of Texas
(6:95-CV-803)

_____

January 5, 2000

Before JOLLY, JONES, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

        For the reasons assigned in the district court's memo

opinion entered December 18, 1998, we AFFIRM the judgment of the

trial court.

        **AFFIRMED.**

---

        [*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.